# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**PATRICIA ANN PERRY,** *pro se,*

    Plaintiff,

v.   Case No.  8:10-cv-2876-T-30EAJ

**SOUTHERN WINE SPIRITS and
ROD CROWLEY,**

    Defendants.
_____/

## ORDER

    THIS CAUSE comes before the Court upon Defendants' Motion to Dismiss (Dkt. 13). On March 3, 2011, the Court issued an order to show cause regarding Plaintiff's failure to respond to the motion to dismiss (Dkt. 15).  On March 8, 2011, Plaintiff, who is proceeding in this case *pro se*, purported to file a response to the motion to dismiss, however, the response does not relate to the motion to dismiss, but rather discusses issues regarding the case management conference and initial disclosures (Dkt. 16).  The Court, having reviewed the motion, Plaintiff's complaint and amended complaint, and being otherwise advised in the premises, concludes that the motion should be granted without prejudice to Plaintiff to amend her complaint to comport with the Federal Rules of Civil Procedure.

    Plaintiff purports to bring claims of sexual harassment, race discrimination, and retaliation against her former employer Southern Wine Spirts ("Southern") and individual employee of Southern, Rod Crowley.  Defendants move for dismissal based, in part, on the complaint's failure to comply with Rule 8(a) of the Federal Rules of Civil Procedure, which

provides in relevant part that "[a] pleading which sets forth a claim for relief shall contain a short and plain statement of the claim showing that the pleader is entitled to relief."

The Court concludes that Plaintiff's complaint must be dismissed, without prejudice to amend, for its failure to comply with Fed. R. Civ. P. 8(a). The complaint is mostly comprised of narrative, or stream of consciousness thoughts, making it nearly impossible for Defendants to formulate an answer. Plaintiff must state her claims, which are contained in her complaint and amended complaint, in short and plain numbered paragraphs, each limited as far as practicable to a single set of circumstances, and separate her claims under Title VII in separate counts. Plaintiff should also attach any exhibits to her amended complaint that she relies on in support of her claim and that demonstrate she has complied with the administrative requirements of the Equal Employment Opportunity Commission ("EEOC").

It is therefore ORDERED AND ADJUDGED that:

1. Defendants' Motion to Dismiss (Dkt. 13) is hereby granted as set forth herein.

2. Plaintiff shall have twenty (20) days from the date of this Order to file an amended complaint as set forth herein. Plaintiff's failure to file an amended complaint by this time shall result in the dismissal of this action, without prejudice, and without further notice.

**DONE** and **ORDERED** in Tampa, Florida on March 10, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-2876.m2dismissDkt.13.frm